MARK M. JONES, ESQ.
Nevada Bar No. 267
AMANDA B. (WATSON) KERN, ESQ.
Nevada Bar No. 9218
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

*Attorneys for Defendant/
Counterclaimant Faslo
Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK RUBAL,<br><br>  Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, a Delaware Limited Liability Company; FASLO SOLUTIONS, LLC, a Delaware Limited Liability Company and DOES I through XX, inclusive<br><br>  Defendants.<br><br>FASLO SOLUTIONS, LLC, a Delaware Limited Liability Company,<br><br>  Counterclaimant,<br><br>v.<br><br>MARK RUBAL, an individual,<br><br>  Counterdefendant. | Case No.: 2:09-CV-00310-RCJ-PAL |

**ORDER FOR DISMISSAL WITH PREJUDICE**

  The above-named parties, by and through their respective counsel of record, hereby stipulate and agree that all claims in the above-entitled matter be dismissed with prejudice, each

. . .

party to bear its own attorney's fees and costs.

The trial of this matter is currently set for November 2, 2010.

DATED this ____ day of September, 2010.      DATED this ____ day of September, 2010.

KEMP, JONES, & COULTHARD, LLP.

By: /S/: Amanda B. Kern, Esq.                By: /S/: Mark Rubal
MARK M. JONES, ESQ.                          MARK RUBAL, Pro Per
Nevada Bar No.: 267                          15150 Middlebrook Drive
AMANDA B. (WATSON) KERN, ESQ.                Houston, Texas 77058
Nevada Bar No.: 9218
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Defendant Faslo Solutions, LLC*

**ORDER**

IT IS SO ORDERED:

DATED: 10-19-2010

_____
UNITED STATES DISTRICT COURT JUDGE

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000
Fax (702) 385-6001